**NEWPOINT LAW GROUP, LLP**
Stephan M. Brown (SBN: 300563)
Daniel J Griffin (SBN: 311236)
2408 Professional Drive
Roseville, CA 95661
800-358-0305
916-242-8588 (fax)
sbrown@newpointlaw.com
dgriffin@newpointlaw.com

Attorneys for Defendants
Moe T. Fattah and Amal Fattah

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     vs.<br><br>MOE T. FATTAH and AMAL FATTAH<br><br>             Defendants. | Case No.: 2:24-cv-00031-DJC-JDP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Date Filed: January 4, 2024 |

Plaintiff United States of America ("Plaintiff") and Defendants Moe T. Fattah and Amal Fattah ("Defendants") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on January 4, 2024; Defendants were served on January 6, 2024;

WHEREAS, Defendants' responsive pleading is currently due on January 26, 2024;

WHEREAS, good cause exists to extend the deadline for Defendants to respond to Plaintiff's complaint in that the parties are currently engaged in productive settlement discussions;

WHEREAS, the Parties require additional time to engage in settlement negotiations;

-1-

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**

-2-

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, that Defendants shall have an extension of 28 days to answer, move, or otherwise respond to Plaintiff's complaint to February 23, 2024.

DATED: January 26, 2024        **NEWPOINT LAW GROUP, LLP**

By: *Stephan Brown*
    Stephan M. Brown, Esq.
    Attorneys for Defendants
    Moe T. Fattah and Amal Fattah

DATED: January 26, 2024        **TAX DIVISION U.S. DEPARTMENT OF JUSTICE**

By: *Khashayar Attaran*
    Khashayar Attaran
    Attorneys for Plaintiff
    United States of America

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants should answer or otherwise respond to Plaintiff's complaint on or before Monday, February 26, 2024.

Dated:  January 26, 2024            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER