**NEWPOINT LAW GROUP, LLP**
Stephan M. Brown (SBN: 300563)
Daniel J Griffin (SBN: 311236)
2408 Professional Drive
Roseville, CA 95661
800-358-0305
916-242-8588 (fax)
sbrown@newpointlaw.com
dgriffin@newpointlaw.com

Attorneys for Defendants
Moe T. Fattah and Amal Fattah

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>MOE T. FATTAH and AMAL FATTAH<br><br>　　　　Defendants. | Case No.: 2:24-cv-00031-DJC-JDP<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Date Filed: January 4, 2024 |

　　　Plaintiff United States of America ("Plaintiff") and Defendants Moe T. Fattah and Amal Fattah ("Defendants") (collectively, "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

　　　WHEREAS, Plaintiff filed this action on January 4, 2024; Defendants were served on January 6, 2024;

　　　WHEREAS, Defendants' responsive pleading was due on January 26, 2024;

　　　WHEREAS, On January 29, 2024, the Court entered an order approving the stipulation or Defendants to file an answer to February 26, 2024.

　　　WHEREAS, This was the first extension of time in this case and extended time to file by 28 days.

WHEREAS, The parties now seek the Court's approval to stipulate for Defendants to respond to the complaint another 28 days to March 25, 2024.

WHEREAS, good cause exists to extend the deadline for Defendants to respond to Plaintiff's complaint in that the parties are currently engaged in productive settlement discussions;

WHEREAS, the Parties require additional time to engage in settlement negotiations;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, that Defendants shall have an extension of 28 days to answer, move, or otherwise respond to Plaintiff's complaint by March 25, 2024.

DATED: February 29, 2024       NEWPOINT LAW GROUP, LLP

By: _____*Stephan Brown*_____
    Stephan M. Brown, Esq.
    Attorneys for Defendants
    Moe T. Fattah and Amal Fattah

DATED: February 29, 2024       TAX DIVISION U.S. DEPARTMENT OF JUSTICE

By: __/s/ Khasha Attaran_____
    Khashayar Attaran
    Attorneys for Plaintiff
    United States of America

SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants should answer or otherwise respond to Plaintiff's complaint on or before Monday, March 25, 2024.

Dated:  February 29, 2024         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER