**NEWPOINT LAW GROUP, LLP**
Stephan M. Brown (SBN: 300563)
Daniel J Griffin (SBN: 311236)
2408 Professional Drive
Roseville, CA 95661
800-358-0305
916-242-8588 (fax)
sbrown@newpointlaw.com
dgriffin@newpointlaw.com

Attorneys for Defendants
Moe T. Fattah and Amal Fattah

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     vs.<br><br>MOE T. FATTAH and AMAL FATTAH<br><br>              Defendants. | Case No.: 2:24-cv-00031-DJC-JDP<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; ORDER**<br><br>Complaint Filed: January 4, 2024 |

Plaintiff United States of America ("Plaintiff") and Defendants Moe T. Fattah and Amal Fattah ("Defendants") (collectively, "Parties"), requests that the Court continue the deadline to file a Joint Status Report from March 5, 2024, to May 3, 2024. For the reasons set forth below, there is good cause to continue the deadline to file the Joint Status Report.

WHEREAS, On January 4, 2024, the United States filed a complaint against Defendants for failure to timely report their financial interests in foreign bank accounts.

WHEREAS, On January 26, 2024, Plaintiff and Defendants entered a Stipulation to extend time to file an answer to the complaint to February 23, 2024.

WHEREAS, On March 1, 2024, Plaintiff and Defendants entered a Second Stipulation to extend time to file an answer to March 25, 2024.

-1-

**STIPULATED MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; ORDER**

WHEREAS, The parties have diligently engaged in settlement discussions since filing of the complaint.

WHEREAS, On February 12, 2024, Defendants provided bank statements to Plaintiff for the account at Arab Bank in Lebanon. Defendants are only able to access a limited amount of funds due to the financial crisis Lebanon is experiencing.

WHEREAS, Plaintiff is currently reviewing the financial statements provided to provide an analysis whether the bank accounts can be accessed to satisfy the past due balance of the tax assessments.

WHEREAS, On February 27, 2024, Defendants completed Form 433-A which lists personal bank accounts, investments, real property assets, etc.

WHEREAS, In light of the parties' attempt to reach a resolution outside the court matter, the parties request a brief continuance to file the Joint Status Report from March 5, 2024, to May 3, 2024, or to such other date as the Court deems appropriate.

DATED: March 13, 2024        N<small>EW</small>P<small>OINT</small> L<small>AW</small> G<small>ROUP</small>, LLP


By:  /s/ Stephan M. Brown
    Stephan M. Brown, Esq.
    Attorneys for Defendants
    Moe T. Fattah and Amal Fattah


DATED: March 13, 2024        TAX DIVISION U.S. DEPARTMENT OF JUSTICE


By:  /s/ Khashayar Attaran
    Khashayar Attaran
    Attorneys for Plaintiff
    United States of America

**STIPULATED MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; ORDER**

# **ORDER**

Pursuant to the parties' Stipulation, the Court makes the following order: The deadline to file a Joint Status Report, currently due on March 5, 2024, IS HEREBY CONTINUED to May 3, 2024.

Dated:  March 13, 2024  /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE