DAVID A. HUBBERT
Deputy Assistant Attorney General

KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-514-6056 (v)
202-307-0054 (f)
Khashayar.Attaran@usdoj.gov
western.taxcivil@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California
*Of Counsel*

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24−CV−00031−DJC−JDP |
| Plaintiff, | JUDGMENT |
| v. | |
| MOE T. FATTAH and AMAL FATTAH, | |
| Defendants. | |

    This comes before the Court on the Parties' stipulation to judgment. Having considered all filings, and finding good cause, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants Moe T. Fattah and Amal Fattah for their non-willful failure to file FBARS for the 2007, 2008, 2009, 2010, 2011,

2012, 2013, and 2014 reporting years. As a result of their failure to file FBARS, the Court finds the following:

1. MOE T. FATTAH is indebted to the United States in the amount of $80,000 for his non-willful failure to report his financial interests in foreign bank accounts for the 2007 through 2014 reporting years, plus pre-judgment interest under 31 U.S.C. § 3717(a) totaling $1,378.63 and a failure to pay penalty under 31 U.S.C. § 3717(e)(2) totaling $7,616.98, calculated as of January 1, 2024. Mr. Fattah owes additional pre-judgment interest under 31 U.S.C. § 3717(a) through the date of this judgment, as well as post-judgment interest under 28 U.S.C. §1961 from the date of this judgment until this judgment is paid in full. Mr. Fattah further owes a continuing failure to pay penalty under 31 U.S.C. § 3717(e)(2) and potential other collection fees under 31 U.S.C. § 3717(e)(1), accruing after January 1, 2024, until this judgment is paid in full.

2. AMAL FATTAH is indebted to the United States in the amount of $80,000 for her non-willful failure to report her financial interests in foreign bank accounts for the 2007 through 2014 reporting years, plus pre-judgment interest under 31 U.S.C. § 3717(a) totaling $ 1,374.25 and a failure to pay penalty under 31 U.S.C. § 3717(e)(2) totaling $ 7,087.21, calculated as of January 1, 2024. Mrs. Fattah owes additional pre-judgment interest under 31 U.S.C. § 3717(a) through the date of this judgment, as well as post-judgment interest under 28 U.S.C. §1961 from the date of this judgment until this judgment is paid in full. Mrs. Fattah further owes a continuing failure to pay penalty under 31 U.S.C. §

3717(e)(2) and potential other collection fees under 31 U.S.C. § 3717(e)(1), accruing after January 1, 2024, until this judgment is paid in full.

**SO ORDERED**.

Dated this 11th day of September, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE